IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO.: |
| | : | 1:CR-00-00289-001 |
| v. | : | |
| | : | ELECTRONICALLY FILED |
| ALONZO THORNTON, | : | (Judge Rambo) |
| Defendant | : | |

## ORDER

AND NOW, this        day of July, 2008 relative to the Motion for Relief upon consideration of the Defendant's Motion for a reduction of sentence, the Motion is granted. The Defendant's sentence is hereby reduced to

BY THE COURT:

_____

J.