IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO.: |
| | : | 1:CR-00-00289-001 |
| v. | : | |
| | : | ELECTRONICALLY FILED |
| ALONZO THORNTON, | : | (Judge Rambo) |
| Defendant | : | |

MOTION FOR REAPPOINTMENT OF COUNSEL

1. The Defendant was indicted by Federal Grand Jury on August 20, 2001 charging the Defendant and co-defendants in violation of Count II, conspiracy to distribute of crack cocaine in violation of 21 USC Section 846.

2. Your Petitioner was appointed to represent the Defendant.

3. On Defendant was sentenced to a term of imprisonment of 155 months.

4. In light of the United States Sentencing Commission's Amended Guidelines regarding crack cocaine, your Petitioner believes that the Defendant may be entitled to a reduction in sentence.

      WHEREFORE, your Petitioner requests that he be re-appointed to represent Alonzo Thornton.

                                                    Respectfully submitted,

July 24, 2008                              /s/ L. Rex Bickley
                                            L. Rex Bickley
                                            114 South St.
                                            Harrisburg, PA 17101
                                            (717) 234-0577
                                            (717) 234-7832 (fax)
                                            Counsel for Defendant