IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO.: |
| | : | 1:CR-00-00289-001 |
| v. | : | |
| | : | ELECTRONICALLY FILED |
| ALONZO THORNTON, | : | (Judge Rambo) |
| Defendant | : | |

ORDER

AND NOW, this 24th day of July, 2008 upon consideration of the within Motion, the Motion is granted. L. Rex Bickley, Esquire, is appointed to represent Alzono Thornton.

BY THE COURT:

*William W. Caldwell*
J.

FILED
HARRISBURG, PA

JUL 25 2008

MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk